| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br>Phone: (949) 798-2460; Fax (949) 955-9437<br>rgoe@goeforlaw.com<br><br>*Attorney for* Debtor/Plaintiff Cobalis Corporation | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | |
| COBALIS CORPORATION, a Nevada corporation,<br><br>Plaintiff(s). | CHAPTER: 11<br><br>CASE NO.: 8:07-bk-12347-TA |
| vs.<br>CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC, and, YA GLOBAL INVESTMENTS, LP,<br><br>Defendant(s). | ADVERSARY NO.: 8:09-ap-01705-TA<br><br>DATE: 4/29/10<br>TIME: 10:00 a.m.<br>PLACE: 5B |

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☒ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

Joint Status Report - *Page 2*

**F 7016-1.1**

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    **Plaintiff**                                                      **Defendant**

    1 year 3 months                                              60 days

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    **Plaintiff**                                                      **Defendant**

    The case has complicated issues and involves
    numerous entities.

3. When do you expect to complete your discovery efforts?

    **Plaintiff**                                                      **Defendant**

    1 year                                                                30 days

4. What additional discovery do you require to prepare for trial?

    **Plaintiff**                                                      **Defendant**

    Numerous depositions, subpoenas and document      Debtor's computer files, which are already being
    requests.                                                          restored pursuant to prior agreement.

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

    **Plaintiff**                                                      **Defendant**

    3-5 days                                                            2 days

2. How many witnesses do you intend to call at trial (including opposing parties)?

    **Plaintiff**                                                      **Defendant**

    Unknown                                                         Unknown

3. How many exhibits do you anticipate using at trial?

    **Plaintiff**                                                      **Defendant**

    Unknown                                                         Unknown

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          **F 7016-1.1**

Joint Status Report - *Page 3*                                                                                                  F 7016-1.1

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|   Plaintiff   |   Defendant   |
|---|---|
| Pre-trial conference  X  (is)/ __ (is not) requested.<br>Reasons: _____ | Pre-trial conference  X  (is)/ __ (is not) requested.<br>Reasons: _____ |

|   Plaintiff   |   Defendant   |
|---|---|
| Pre-trial conference should be set <u>after</u>:<br>(date) 05/31/11 | Pre-trial conference should be set <u>after</u>:<br>(date) 06/03/10 |

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   Unsuccessful so far

2. Has this dispute been formally mediated?        ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                                   Defendant
   ☒ Yes    ☐ No              ☐ Yes    ☒ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 7016-1.1

Joint Status Report - *Page 4*

**F 7016-1.1**

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**F.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

YA Global believes that effectively all discovery has taken place as part of the estimation hearing in this matter. Accordingly, YA Global is prepared to try this case at the Court's earliest convenience.

Respectfully submitted,

Dated: 04/15/10

Goe & Forsythe, LLP
*Firm Name*

By: _____

Name:  Robert P. Goe

Attorney for:    Debtor/Plaintiff Cobalis Corporation

Dated: 04/15/10

Baker Botts L.L.P.
*Firm Name*

By: _____

Name:  C. Luckey McDowell

Attorney for:    Defendants

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Joint Status Report - *Page 5*

**F 7016-1.1**

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br><br>                                                                                 Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document described as JOINT STATUS REPORT LOCAL BANKRUPTCY RULE 7016-1(a)(2)____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/15/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/15/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/15/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/15/10 | Kerry A. Murphy | /s/ Kerry A. Murphy |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Joint Status Report - *Page 6*

**F 7016-1.1**

| In re<br><br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Keith C Owens    kowens@foley.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov


II. SERVED BY U.S. MAIL

David Filler
Levey, Filler, Rodriguez, Kelso & DeBian
1688 Meridian Ave., Ste 902
Miami Beach, FL 33139

III. SERVED BY PERSONAL DELIVERY, OR EMAIL

The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701
Luckey McDowell    luckey.mcdowell@bakerbotts.com
David Filler    dfiller@dlz.mailstreet.com

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 7016-1.1**