| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number<br>Richard B. Harper<br><br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-2500<br>E-mail: richard.harper@bakerbotts.com<br><br>*Attorney for* Defendants | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | |
| COBALIS CORPORATION, a Nevada corporation,<br>Plaintiff(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA |
| vs.<br>CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC, and, YA GLOBAL INVESTMENTS, LP,<br>Defendant(s). | ADVERSARY NO.: 8:09-ap-01705-TA<br><br>DATE: 12/2/10<br>TIME: 2:00 p.m.<br>PLACE: 5B |

# UNILATERAL ~~JOINT~~ STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following Unilateral ~~JOINT~~ STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?    ☒ Yes    ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.?    ☐ Yes    ☒ No

3. Have all motions addressed to the pleadings been resolved?    ☐ Yes    ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?    ☒ Yes    ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

    Defendants filed a motion for judgment on the pleadings on November 8, 2010. Debtor's Opposition to Defendants' Motion for Judgment on the Pleadings was served November 17, 2010. Defendants Reply Brief is due November 24, 2010.

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7016-1.1**

Unilateral ~~Joint~~ Status Report - *Page 2*     F 7016-1.1

| In re                                          | CHAPTER: 11                        |
|------------------------------------------------|------------------------------------|
| COBALIS CORPORATION, a Nevada corporation,     | CASE NO.: 8:07-bk-12347-TA         |
|                                    Debtor(s). | ADVERSARY NO.: 8:09-ap-01705-TA    |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    Plaintiff                                                    Defendant

                                                                 60 days (depending on whether any portion of the
                                                                 Second Amended Complaint is permitted to proceed).

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    Plaintiff                                                    Defendant

3. When do you expect to complete your discovery efforts?

    Plaintiff                                                    Defendant

                                                                 60 days (depending on whether any portion of the
                                                                 Second Amended Complaint is permitted to proceed).

4. What additional discovery do you require to prepare for trial?

    Plaintiff                                                    Defendant

                                                                 Debtor's computer files and perhaps depositions
                                                                 regarding any allegations allowed to proceed.

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

    Plaintiff                                                    Defendant

                                                                 2 days.

2. How many witnesses do you intend to call at trial (including opposing parties)?

    Plaintiff                                                    Defendant

                                                                 Unknown.

3. How many exhibits do you anticipate using at trial?

    Plaintiff                                                    Defendant

                                                                 Unknown.

(Continued on next page)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                            F 7016-1.1

Unilateral Joint Status Report - *Page 3*                                              F 7016-1.1

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**D.** **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____

Defendant

Pre-trial conference _X_ (is)/ ___ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) _____

Defendant

Pre-trial conference should be set after:

(date) 01/31/11

**E.** **SETTLEMENT:**

1. What is the status of settlement efforts?
   The parties are unable to reach an agreement.

2. Has this dispute been formally mediated?        ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                              Defendant
   ☐ Yes  ☐ No                        ☐ Yes  ☒ No

(Continued on next page)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                   F 7016-1.1

Unilateral Joint Status Report - Page 4                                    F 7016-1.1

| In re<br>COBALIS CORPORATION, a Nevada corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:07-bk-12347-TA<br>ADVERSARY NO.: 8:09-ap-01705-TA |
|---|---|

**F.**   **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Defendants believe that effectively all discovery has taken place as part of the estimation hearing in this matter. Accordingly, Defendants are prepared to try this case at the Court's earliest convenience.

Respectfully submitted,

Dated: _____   Dated: 11/17/10

_____   Baker Botts L.L.P.
*Firm Name*                               *Firm Name*

By: _____   By: _____

Name: _____   Name: Richard B. Harper

Attorney for: _____   Attorney for: Defendants

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                              F 7016-1.1