Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, 35th Floor
Los Angeles, California 90071-2411
Telephone:    213.972.4500
Facsimile:    213.486.0065
Email:    kowens@foley.com

Richard B. Harper (NY State Bar No. 4596615)
Kristin E. Flood (NY State Bar No. 4700811)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone:    212.408.2500
Email:    richard.harper@bakerbotts.com
Email:    kristin.flood@bakerbotts.com

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone:    214.953.6500
Email:    luckey.mcdowell@bakerbotts.com

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**COBALIS CORPORATION,**<br>a Nevada corporation,<br><br>      Debtor.<br><br><br>**COBALIS CORP., a Nevada corporation,**<br>      **Plaintiff,**<br><br>      v.<br><br>**CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC** and **YA GLOBAL INVESTMENTS, LP.,**<br>      **Defendants.** | **Case No. 8:07: 12347-TA**<br>**Chapter 11 Proceeding**<br><br><br><br>Adversary No. 08:09-ap-01705-TA<br><br>__Status Conference__<br><br>**DECLARATION OF RICHARD B. HARPER RE: UNILATERAL STATUS REPORT**<br><br>Hearing Date: **December 2, 2010**<br>Hearing Time: **2:00 p.m.**<br>Location:     **Courtroom 5b**<br>             **411 West Fourth St.**<br>             **Santa Ana, CA 92701**<br>Judge: **Hon. Theodor C. Albert** |

### DECLARATION OF RICHARD B. HARPER

1.      My name is Richard B. Harper.  I am over the age of 21 years, am competent to make this Declaration, and I have personal knowledge of the facts as stated in this Declaration.

2.      I am an attorney for Yorkville Advisors, YA Global Investments, L.P., f/k/a Cornell Capital Partners, LP (hereinafter referred to as "Yorkville"), and I make this declaration in connection with the Unilateral Status Report (the "Unilateral Status Report").

3.      On November 15, 2010, Yorkville submitted via e-mail its portion of a Joint Status Report ("Joint Status Report") to Cobalis Corporation ("Cobalis") for it to complete its portion and for the parties to submit jointly to the Court.  A true and correct copy of this e-mail is attached as **Exhibit A**.

4.      On November 17, 2010, Yorkville e-mailed Cobalis stating that if we were not in receipt of their portion of the Joint Status Report in time for the deadline, we would be forced to file a unilateral status report.  A true and correct copy of this e-mail is attached as **Exhibit B**.

5.      At this time, Yorkville has not received a response from Cobalis concerning the Joint Status Report.  As such, Yorkville respectfully submits its Unilateral Status Report.

Pursuant to 28 U.S.C. § 1746, I, Richard B. Harper, declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November 2010 in New York, New York.

Richard B. Harper