Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone:  213.972.4500
Facsimile:   213.486.0065
Email:  *kowens@foley.com*

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214.953.6500
Facsimile:   214.661.6503
Email:  *luckey.mcdowell@bakerbotts.com*

Counsel for YA Global Investments, L.P.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>**COBALIS CORP,**<br>a Nevada corporation,<br><br>                DEBTOR.<br>_____<br><br>**COBALIS CORP., A NEVADA CORPORATION,**<br><br>    PLAINTIFF,<br><br>  v.<br><br>**CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC and YA GLOBAL INVESTMENTS, LP.,**<br><br>    DEFENDANTS. | Case No. 8:07: 12347-TA<br><br>**Chapter 11 Proceeding**<br><br>Adversary No. 08:09-ap-01705-TA<br><br>**CERTIFICATE OF CONFERENCE REGARDING EMERGENCY MOTION OF YA GLOBAL INVESTMENTS L.P. FOR PROTECTIVE ORDER**<br><br>**[FED. R. BANKR. P. 9018; 11 U.S.C. § 105(a); Local Bankruptcy Rule 9075-1(a)]**<br><br><u>Hearing</u><br><br>DATE:  EMERGENCY HEARING<br>          REQUESTED<br>TIME:  TBD<br>CTRM:  5-B<br>          411 West Fourth Street<br>          Santa Ana, CA<br>JUDGE:  HON. THEODOR C. ALBERT |

DAL02:578109.1

The undersigned hereby certifies that on January 10, 2011, I arranged to have a conference call with Gregory Grantham, counsel for Debtor Cobalis Corporation, prior to filing this Motion. Although Mr. Grantham confirmed that he would participate, he did not join the call. Mr. Grantham has not responded to subsequent emails. In light of the emergency nature of the Motion and the potential for harm to YA Global, we have proceeded with filing the Motion.

Respectfully submitted, January 10, 2011.

_____
C. Luckey McDowell