**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2001 Ross Avenue**
**Dallas, Texas 75201**
A true and correct copy of the foregoing document described as ***Notice of Hearing on Emergency Motion of YA Global Investments, L.P. for Protective Order and a copy of the Order Granting Application and Setting Hearing on Emergency Basis*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***January 11, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Robert P Goe on behalf of Plaintiff Cobalis Corp | kmurphy@goeforlaw.com,rgoe@goeforlaw.com; mforsythe@goeforlaw.co |
| Keith C Owens on behalf of Defendant Cornell Capital Partners, LP | kowens@foley.com |
| John Saba on behalf of Plaintiff Cobalis Corp. | jsbklaw@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***January 11, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***January 11, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Counsel for Debtor Cobalis Corporation<br>rgoe@goeforlaw.com<br>wnemiroff@yahoo.com<br>jsbklaw@gmail.com<br>granthamgreg@gmail.com | United States Trustee<br>michael.hauser@usdoj.gov<br><br>Persons who my have proprietary interest<br>4thecoldtruth@gmail.com (Don Logan) |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/11/2011 | Ryan A. Goins | /s/ Ryan A. Goins |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DAL02:578217.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                            **F 9013-3.1.PROOF.SERVICE**