Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone:   213.972.4500
Facsimile:    213.486.0065
Email:   *kowens@foley.com*

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:   214.953.6500
Facsimile:    214.661.6503
Email:   *luckey.mcdowell@bakerbotts.com*

Counsel for YA Global Investments, L.P.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| **In re:**<br><br>**COBALIS CORPORATION,**<br><br>    **Debtor.**<br>_____<br><br>**Cobalis Corporation**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**Cornell Capital Partners, LP, Yorkville Advisors, LLC, and YA Global Investments, L.P.**<br><br>        **Defendants.** | **Case No 8:07-bk-12347-TA**<br>**Chapter 11**<br><br><br><br><br><br> **Adversary No. 8:09-ap-01705-TA**<br><br>**DECLARATION OF NOTICE AND SERVICE OF EMERGENCY MOTION OF YA GLOBAL INVESTMENTS, L.P. FOR PROTECTIVE ORDER**<br><br>**Date: January 18, 2011**<br>**Time: 11:00 a.m. PST**<br>**Ctrm: 5B**<br>            411 West Fourth Street<br>            Santa Ana, CA<br><br>**Judge:  HON. THEODOR C. ALBERT** |

DAL02:578200.1

1
2
3
4
5

The undersigned hereby certifies that on January 11, 2011 at approximately 1:50 p.m. PST, I spoke with Don Logan, the registered owner of the website www.yagiscam.com, regarding the hearing on the *Emergency Motion of YA Global Investments, L.P. for Protective Order* (the "Motion"). I informed Mr. Logan that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court.

6
7
8
9
10

The undersigned hereby further certifies that on January 11, 2011 at approximately 2:00 p.m. PST, I spoke with Gregory Grantham, counsel for Cobalis Corporation, regarding the hearing on the Motion. I informed Mr. Grantham that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court.

11
12
13
14
15

The undersigned hereby further certifies that on January 11, 2011 at approximately 2:15 p.m. PST, I spoke with Warren Nemiroff, counsel for Cobalis Corporation, regarding the hearing on the Motion. I informed Mr. Nemiroff that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court.

16
17
18
19

The undersigned hereby further certifies that on January 11, 2011 at approximately 2:40 p.m. PST, I spoke with Robert Goe, counsel for Cobalis Corporation, regarding the hearing on the Motion. I informed Mr. Goe that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court.

20
21
22
23
24
25

The undersigned hereby further certifies that on January 11, 2011 at approximately 4:30 p.m. PST, I spoke with Michael Hauser at the office of the United States Trustee regarding the hearing on the Motion. I informed Mr. Hauser that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court.

26
27
28

The undersigned hereby further certifies that on January 12, 2011 at approximately 7:45 a.m. PST, I left a voicemail for Jack Earley, whom we have reason to believe is counsel to Don Logan, regarding the hearing on the Motion. I informed Mr. Earley that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court. I also e-mailed a copy of the moving papers, a copy of the Order Setting the Emergency Hearing [Dkt. 68], and a copy of the Notice of Hearing [Dkt. 69] to Mr. Earley.

The undersigned hereby further certifies that on January 12, 2011 at approximately 8:00 a.m. PST, I left a voicemail for David Filler, former counsel for Cobalis Corporation, regarding the hearing on the Motion. I informed Mr. Filler that a hearing will be held on the Motion on Tuesday, January 18, 2011 at 11:00 a.m. PST before the above-captioned Court. I also e-mailed a copy of the moving papers, a copy of the Order Setting the Emergency Hearing [Dkt. 68], and a copy of the Notice of Hearing [Dkt. 69] to Mr. Filler.

The undersigned hereby further certifies that service of the Motion, written notice of the Motion, and a copy of the *Order Granting Application and Setting Hearing on Emergency Basis* (the "Order") was completed consistent with the terms of the Order. *See* Dkt. Nos. 66, 70.

Respectfully submitted, January 12, 2011.

_____
C. Luckey McDowell