| | |
|---|---|
| 1 | Keith C. Owens (CA State Bar No. 184841)<br>**FOLEY & LARDNER LLP** |
| 2 | 555 South Flower Street, Suite 3500<br>Los Angeles, California 90071-2411 |
| 3 | Telephone:  213.972.4500<br>Facsimile:   213.486.0065 |
| 4 | Email:  *kowens@foley.com* |
| 5 | C. Luckey McDowell (TX State Bar No. 24034565)<br>**BAKER BOTTS L.L.P.** |
| 6 | 2001 Ross Avenue<br>Dallas, Texas  75201-2980 |
| 7 | Telephone:  214.953.6500<br>Facsimile:   214.661.6503 |
| 8 | Email:  *luckey.mcdowell@bakerbotts.com* |
| 9 | Counsel for YA Global Investments, L.P. |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| **In re:** | **Case No 8:07-bk-12347-TA** |
| **COBALIS CORPORATION,** | **Chapter 11** |
| Debtor. | |
| **COBALIS CORPORATION** | Adversary No. 8:09-ap-01705-TA |
| Plaintiff, | **DECLARATION OF C. LUCKEY MCDOWELL IN SUPPORT OF YA GLOBAL'S STATUS REPORT REGARDING SHOW CAUSE HEARING** |
| v. | |
| **CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC and YA GLOBAL INVESTMENTS, LP.,** | Date: April 5, 2011<br>Time: 2:00 p.m. PST<br>Ctrm: 5B |
| Defendants. | 411 West Fourth Street<br>Santa Ana, CA |
| | Judge:  HON. THEODOR C. ALBERT |

DAL02:581915.1

My name is C. Luckey McDowell. I am over the age of 21 years, am competent to make this Declaration, and I have personal knowledge of the facts as stated in this Declaration. I am an attorney for creditor YA Global Investments, L.P. ("YA Global"). I make this declaration in support of *YA Global's Status Report Regarding Show Cause Hearing* (the "Status Report").

1.  Exhibit A is a true and correct copy of the temporary restraining order entered by the New Jersey Court.[1]

2.  Exhibit B is a true and correct copy of the Preliminary Injunction entered by the New Jersey Court.

3.  Exhibit C is a true and correct copy of e-mail correspondence with Don Logan.

Pursuant to 28 U.S.C. § 1746, I, C. Luckey McDowell, declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March 2011 in Dallas, Texas.

_____
C. Luckey McDowell

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Status Report.