Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, 35th Floor
Los Angeles, California 90071-2411
Telephone:    213.972.4500
Facsimile:    213.486.0065
Email:    kowens@foley.com

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone:    214.953.6500
Facsimile:    214.661.6503
Email:    luckey.mcdowell@bakerbotts.com

ATTORNEYS FOR PLAINTIFF YA GLOBAL INVESTMENTS, L.P.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>COBALIS CORPORATION,<br><br>DEBTOR | CASE NO. 8:07: 12347-TA<br><br>CHAPTER 11 PROCEEDING |
| COBALIS CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC AND YA GLOBAL INVESTMENTS, LP,<br><br>DEFENDANTS. | ADVERSARY NO. 08:09-AP-01705-TA<br><br>**PROOF OF SERVICE**<br><br>Date: **April 5, 2011**<br>Time: **2:00 p.m. PST**<br>Ctrm: **5B**<br>       **411 West Fourth Street**<br>       **Santa Ana, CA**<br><br>Judge: **HON. THEODOR C. ALBERT** |

LACA_2673314.1

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Foley & Lardner, LLP, 555 S. Flower Street, Suite 3500, Los Angeles, CA 90071-2300.

A true and correct copy of the foregoing document described **YA Global's Status Report Re Order to Show Cause Hearing and Declaration of C. Luckey McDowell in Support of YA Global's Status Report Re Show Cause Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/16/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe                rgoe@goeforlaw.com; kmurphy@goeforlaw.com
- Keith C Owens               kowens@foley.com
- United States Trustee       ustpregion16.sa.ecf@usdoj.gov (Santa Ana)
- John Saba                   jsbklaw@gmail.com

**II.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On 3/16/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Don Logan
20191 Cape Coral Ln. 107
Huntington Beach, CA 92646-8515

Via U.S. Mail
Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

Via U.S. Mail
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/16/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By hand delivery:
- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

By email transmission:
- Robert P Goe               rgoe@goeforlaw.com; kmurphy@goeforlaw.com
- Warren N. Nemiroff         wnemiroff@yahoo.com
- John Saba                  jsbklaw@gmail.com
- Gregory Grantham           granthamgreg@gmailcom

2

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| 3/16/11 | Susan C. Vasquez | /s/ Susan C. Vasquez |

LACA_2673314.1