Keith C. Owens (CA State Bar No. 184841)
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
Email: *kowens@foley.com*

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile: 214.661.6503
Email: *luckey.mcdowell@bakerbotts.com*

Counsel for YA Global Investments, L.P.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**COBALIS CORPORATION,**<br><br>Debtor. | Case No 8:07-bk-12347-TA<br>Chapter 11 |
| Cobalis Corporation<br><br>v.<br><br>Cornell Capital Partners LP, Yorkville Advisors LLC, and YA Global Investments, L.P. | Adv. No. 8:09-ap-01705-TA<br><br>**DECLARATION OF RYAN GOINS RE: UNILATERAL STATUS REPORT**<br><br>Date: April 21, 2011<br>Time: 10:00 a.m. PST<br>Ctrm: 5B<br>     411 West Fourth Street<br>     Santa Ana, CA<br>Judge: Hon. Theodor C. Albert |

DAL02:583301.1

My name is Ryan A. Goins. I am over the age of 21 years, am competent to make this Declaration, and I have personal knowledge of the facts as stated in this Declaration. I am an attorney for YA Global Investments, L.P. ("YA Global"). I make this declaration in connection with the Unilateral Status Report filed contemporaneously herewith.

1. As of April 7, 2011, YA Global had not received from Plaintiff a draft of the required Joint Status Report for the Status Conference scheduled in this adversary proceeding.

2. On April 7, 2011, YA Global e-mailed its portion of a Joint Status Report to Cobalis Corporation for it to complete its portion and for the parties to submit jointly to the Court. A true and correct copy of this e-mail is attached as **Exhibit A**.

3. At this time, YA Global has not received a response from Cobalis concerning the Joint Status Report, and accordingly respectfully submits its Unilateral Status Report.

Pursuant to 28 U.S.C. § 1746, I, Ryan A. Goins, declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April 2011 in Dallas, Texas.

_____
Ryan A. Goins

DAL02:583301.1

# **Exhibit A**

**Goins, Ryan**

---

**From:** McDowell, Luckey
**Sent:** Thursday, April 07, 2011 3:51 PM
**To:** granthamgreg@gmail.com
**Cc:** Harper, Richard B.; 'Owens, Keith C.'; Flood, Kristin; Goins, Ryan
**Subject:** cobalis:  joint status report

**Attachments:** Joint Status Report Blank 04-07-11 01.pdf

Greg -- a joint status report in the securities adversary action is due today.  We did not hear anything from you, so we have prepared an initial draft of the report.  Please fill in your parts and email it back to us for filing.  If we don't hear from you, we will file the report as a unilateral report towards the end of the day.



Joint Status Report Blank 04-0…

    Luckey McDowell
    **Baker Botts L.L.P.**
    2001 Ross Ave.
    Dallas, Texas 75201-2980
    ph: 214.953.6571
    fax: 214.661.4571
    mobile: 214.403.0649
    luckey.mcdowell@bakerbotts.com

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**FOLEY & LARDNER LLP,** 555 South Flower Street, Suite 3500 **,** Los Angeles, California  90071-2411

A true and correct copy of the foregoing document described as **DECLARATION OF RYAN GOINS RE UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 07, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe — rgoe@goeforlaw.com; kmurphy@goeforlaw.com
- Keith C Owens — kowens@foley.com
- United States Trustee — ustpregion16.sa.ecf@usdoj.gov (Santa Ana)
- Luckey McDowell — luckey.mcdowell@bakerbotts.com
- John Saba — jsbklaw@gmail.com

**II.  SERVED BY U.S. MAIL:**

On April 07, 2011**,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows.

Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA  92606

Warren Nemiroff
~~9595 Wilshire Boulevard, Suite 900~~
~~Beverly Hills, CA  90212~~
(Returned - No Forwarding Address)

Cobalis Corporation
Attn: Chaslav Radovich, President
~~2030 Main Street, Suite 1300~~
~~Irvine, CA  92614~~
(Returned – No Forwarding Address)

Warren Nemiroff
120 S. El Camino Drive, Suite 206
Beverly Hills, CA  90212

**III.  SERVED BY PERSONAL DELIVERY**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 07, 2011 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1**

84041.3