Don Logan
P.O. Box 1564
Costa Mesa, California  92626
Tel (949) 872 6806



FILED
APR 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Interested Party, Don Logan *in propria persona*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**COBALIS CORP.**,<br>Debtor-in-Possession. | Case No. 8:07:12347-TA<br>**Chapter 11** |
| COBALIS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YA GLOBAL INVESTMENTS, L.P., a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company,<br><br>Defendants. | Adversary No.  08:09-AP-01705-TA<br><br>Notice of Objection to Proposed Order<br><br>Date: April 4, 2011<br>Time: 2:00 pm.<br>Place: Courtroom 5B<br>411 West Fourth Street, Santa Ana<br><br>Hon. Theodor C. Albert |





**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE**

**Third Party**, Don Ramey Logan  submits the following objections to the proposed PROTECTIVE ORDER REGARDING MATERIALS OBTAINED THROUGH DISCOVERY lodged with the Court by Defendants in connection with the Order to Show Cause hearing on  April 4th 2011 in regard to Don Logan:

1

1) Donald Ramey Logan is not a party in the above captioned proceeding and is not an agent or employee of any party or attorney for a party and was not provided with notice of any purported protective order (which protective order has not been demonstrated to have ever been entered by this Court); accordingly, the Court lacks jurisdiction over the person of Donald Ramey Logan and any lawful basis for entering the protective order. The basis for the purported protective is the unsubstantiated claim made by C. Luckey McDowell, Esq, counsel for Defendants, that he had a 'confidentiality agreement' for discovery materials produced by Defendants with Plaintiff's counsel. But this Court never entered an order on such alleged agreement such that there would have been no way possible for Don Logan to have been given notice (of an order that was never entered). Based on the purported violation of the confidentiality agreement, this Court, for reasons unknown, entered an actual protective order for all discovery materials in this case in January, 2011 against all parties, and seeks to bind Don Logan to this order. But no good cause has ever been shown for entry of such a global protective order in light of the fact that Mr. McDowell's claim of a prior existing order having been violated is made of hole cloth.

2) The order inhibits and infringes on the fundamental constitutional right of Donald Ramey Logan to present witnesses and evidence in his own defense in a pending action for defamation brought by the defendants against Donald Ramey Logan in the Superior Court of New Jersey, Hudson County. The basis of such lawsuit is alleged defamation arising from statements on a website, www.yagiscam.com. Certain discovery documents in this case were posted on that website. **Donald Ramey Logan should not be required to obtain the permission of this Court to present material evidence in a case in which he is a party and which involves the same defendants.** If this court does not provide for such exception its order, then it is interfering with his legal defense.

3) In addition, the New Jersey state court has primary jurisdiction over the subject matter of materials posted on the website, including discovery materials from this adversary proceeding. This Court's proposed protective order is interfering with the New Jersey court's primary jurisdiction. The defendants should be moving in New Jersey for a protective order.

4) There has been no good cause shown for entry of the order.

*[signature]*

Non Interested Party, Don Logan
*in propria persona*

## PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is PO Box 1564 Costa Mesa CA 92627.
A true and correct copy of the foregoing document(s) described as:

**OBJECTION TO ORDER HEARD ON APRIL 4, 2011**

will be served or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the document. As of January 7, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Keith C. Owens
Foley & Lardner LLP
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
kowens@foley.com

**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593
ustpregion16.sa.ecf@usdoj.gov

**Robert P Goe**
Goe & Forsythe, LLP
18101 Von Karman, Ste 510
Irvine, CA 92612
kmurphy@goeforlaw.com

**II.    SERVED BY U.S. MAIL AND/OR OVERNIGHT MAIL:**

On April 8, 2011, I served the following persons and/or entities by U.S. Mail at the last known addresses in this bankruptcy case or adversary proceeding. I also served the following persons and/or entities by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the Judge here constitutes a declaration that personal delivery on the Judge will be completed no later than 24 hours after documentation is filed.

**Via U.S. Mail**
Debtor Cobalis Corporation
Attn: Chaslav Radovich, President

4

2030 Main Street, Suite 1300
Irvine, CA 92614

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 11, , 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery to Chambers**
The Honorable Theodor C. Albert
U.S. Bankruptcy Court – Santa Ana
411 West Fourth Street,
Santa Ana, CA 92701

**Via mail**
C. Luckey McDowell
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Email: luckey.mcdowell@bakerbotts.com

**Via mail**
Richard B. Harper
Kristin E. Flood
Baker Botts LLP
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Email: richard.harper@bakerbotts.com

**Via Email**
David Filler / John Kelso
Levey, Filler, Rodriguez, Kelso & DeBianchi
1688 Meridian Ave., Ste. 902
Miami Beach, FL 33139
Email: dfiller@leveyfiller.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/11/11 | Don Logan | /s/ Don Logan |
|---|---|---|
| Date | Type Name | Signature |