Don Logan
P.O. Box 1564
Costa Mesa, California 92626
Tel (949) 872 6806

**FILED**
APR 27 2011
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Interested Party, Don Logan *in propria persona*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**COBALIS CORP.**,<br>Debtor-in-Possession. | Case No. 8:07:12347-TA<br>Chapter 11 |
| COBALIS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YA GLOBAL INVESTMENTS, L.P., a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company,<br><br>Defendants. | Adversary No. 08:09-AP-01705-TA<br><br>Application of<br><br>MOTION BY DON RAMEY LOGAN FOR AN ORDER TO SHOW CAUSE FOR CONTEMPT OF COURT BY THE COMMISSION OF PERJURY CIVIL & CRIMINAL CONTEMPT UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623 & Section 1746 of title 28<br><br>Date:    Time:    Court Room: |

This motion for a Order to Show Cause is herein requested as supported by the attached decleration of Don R Logan based upon the following facts:

The "Order to Show Cause" issued January 18th 2011 was issued by the court based on a continuing series of "Fabricated Facts" and using these fabricated facts attorney Charles McDowell did in fact seek to substantiate a Motion for Contempt

1

of Court issued by this court pursuant to the declaration of Charles Lucky McDowell in support of this order that contained fabricated and knowingly false statements.

Attorney Charles Lucky McDowell has fabricated facts that were offered to the court in an effort to impede the judicial process. Furthermore the California bar ethical validations are of further concern, as Attorney Charles Lucky McDowell has clearly violated a number of facets of that doctrine in fabricated lies in the document titled "Order to Show Cause" in violation of CIVIL & CRIMINAL CONTEMPT UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623 & Section 1746 of title 28v nd as these 2 attorneys are in this state under a motion Pro Hac Vice, the ethical violations are clearly within the jurisdictions of the California Bars ethical standards.

Perjury is considered a serious offense as it can be used to usurp the power of the courts, that would resulting in miscarriage of justice. In the United States, the general perjury statute under Federal law defines perjury as a felony and provides for a prison sentence of up to five years and we feel that the attorney listed in this motion here, whom are in representing the "Defendants" Yorkville Advisors aka YAGI has unconditionally and without question, committed criminal perjury and should be held in contempt of court for each cause of perjury proffered in this case to the court and bound over for criminal trial at once.

Furthermore the conduct of this slick attorney clearly is designed to be obstructive and impede the fundamental goal of resolving a dispute, through this crafty delay in the effort to deny justice. Furthermore this slick attorney has offered, "as facts" information without any factual basis, this clearly shows improper motives as Mr. McDowell seeks to create a "record" that has not occurred.

The sole object of Mr. McDowell is to create a burden upon a non related party, Mr. McDowell has lied over and over again ion open court and in court filed documents in a clear effort to avoid the disclosure of relevant forged and altered documents in a manner that is designed create confusion and get them additional time and in fact the courts aid to hide the existence of documents that are incriminating and provide proof of the crimes that have taken place.

This motion herein is accomplished by the attached declarations of Don Ramey Logan.

Respectfully submitted: Date: April 27, 2011

*Don R Logan, in propria persona*

2

Don Logan
P.O. Box 1564
Costa Mesa, California 92626
Tel (949) 872 6806

Interested Party, Don Logan *in propria persona*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re<br>**COBALIS CORP.**,<br>Debtor-in-Possession. | Case No. 8:07:12347-TA<br>Chapter 11 |
|---|---|
| COBALIS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YA GLOBAL INVESTMENTS, L.P., a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company,<br><br>Defendants. | Adversary No. 08:09-AP-01705-TA<br><br>DECELERATION BY DON LOGAN IN SUPPORT OF REQUEST FOR AN ORDER TO SHOW CAUSE WHY ATTORNEY CHARLES LUCKEY MCDOWELL SHOULD NOT BE FOUND IN CIVIL & CRIMINAL CONTEMPT UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623 & Section 1746 of title 28 |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, COUNSEL FOR DEFENDANTS AND PARTIES IN INTREST.**

**Don Ramey Logan, hereby PETITION FOR AN ORDER TO SHOW CAUSE WHY ATTORNEY Charles Lucky McDowell, SHOULD NOT BE FOUND IN CIVIL & CRIMINAL CONTEMPT OF COURT FOR PERJURY UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623 & Section 1746 of title 28**

1

There are three general federal perjury laws. One, 18 U.S.C. 1621, outlaws presenting material false statements under oath in federal official proceedings. A second, 18 U.S.C. 1623, bars presenting material false statements under oath before or ancillary to federal court or grand jury proceedings. A third, 18 U.S.C. 1622 (subornation of perjury), prohibits inducing or procuring another to commit perjury in violation of either Section 1621 or Section 1623.

Statements of interpretation of fact are not perjury because people often make inaccurate statements unwittingly and not deliberately. Individuals may have honest but mistaken beliefs about certain facts, or their recollection may be inaccurate. Like most other crimes in the common law system, to be convicted of perjury one must have had the intention (mens rea) to commit the act, and to have actually committed the act (actus reus).

Subornation of perjury, attempting to induce another person to perjure themselves, is itself a crime. Offering false information in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

1622 Subornation of perjury is a serious offence. It may be applied to an attorney who presents testimony (or an affidavit) the attorney knows is materially false to a judge or jury as if it were factual. Generally, the knowledge that the testimony is materially false must rise above mere suspicion to what a reasonable attorney would have believed in the circumstances. For example, the attorney cannot be willfully blind to the fact that their witness is giving false testimony. An attorney who actively encourages a witness to give false testimony as we see here in this case via the offering of a series of fabrications from Charles McDowell (a.k.a. Luckey) is clearly guilty of suborning perjury.

In January, 2011, Charles L McDowell devised a scheme that was based upon his proffering of false information to the court in a effort to obtain jurisdiction over a non party to a case he has seemingly lost control over. Mr McDowell fabricated a series of FACTS for the court  A true and correct copy of the Order To Show Cause is herein attached as EXHIBIT 1.

## 18 U.S.C. 1623. False declarations before grand jury or court.

In most cases, the courts abbreviate their description of the elements and state that to prove perjury under Section 1623 the government must establish that the defendant "(1) knowingly made a (2) false (3) material declaration (4) under oath (5) in a proceeding before or ancillary to any court or grand jury of the United States." The courts generally

2

favor the encapsulation from United States v. Dunnigan to describe the elements of Section 1621: "A witness testifying under oath or affirmation violates this section if she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." Section 1622 outlaws procuring or inducing another to commit perjury:

"Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned for not more than five years, or both", 18 U.S.C. 1622.

The false statement statute, 18 U.S.C. 1001, is closely akin to the perjury statutes. It outlaws false statements in any matter within the jurisdiction of a federal agency or department, a kind of perjury with oath prohibition.

Federal perjury laws are found principally in chapter 79 of title 18 of the United States Code.2 The chapter consists of three sections: Section 1623 under which perjury involving judicial proceedings is most often prosecuted today; the historic perjury provision, Section 1621, now used primarily for cases where Section 1623 is unavailable and in sentencing enhancement cases; and Section 1622 that outlaws subornation of perjury. Section 1001 of title 18 – a statute much like the perjury laws but without the requirement that the offender have taken an oath – outlaws material false statements in any matter within the jurisdiction of any federal agency or department, and to a limited extent within the jurisdiction of any federal court or Congressional entity.

Prohibitions against misconduct very much like perjury are scattered throughout the United States Code. The most widely prosecuted is probably 18 U.S.C. 1001, discussed infra, that outlaws material false statements made with respect to a matter within the jurisdiction of a department or agency of the United States.

*18 U.S.C. 1961(1), 1956(c)(7). 18 U.S.C. 2, 3, 4, 371. E.g., United States v. Atalig, 502 F.3d 1063, 1065 (9th Cir. 2007)(conspiracy to violate 18 U.S.C. 1001); cf., United States v. Dunne, 324 F.3d 1158, 1162-163 (10th Cir. 2003).*

Subsection 1623 permits a conviction in the case of two mutually inconsistent declarations without requiring proof that one of them is false, 18 U.S.C. 1623(c); it recognizes a limited recantation defense, 18 U.S.C. 1623(d); it dispenses with the so-called two-witness rule, 18 U.S.C. 1623(e); and it employs a "knowing" mens real standard rather than the more demanding "willfully" standard used in subsection 1621. Federal perjury laws are found principally in chapter 79 of title 18 of the United States Code.2 The chapter consists of three sections: Section 1623 under which perjury involving judicial proceedings is most often prosecuted today; the historic perjury provision, Section 1621, now used primarily for cases where Section 1623 is unavailable and in sentencing enhancement cases; and Section 1622 that outlaws subornation of perjury. Section 1001 of title 18 – a statute much like the perjury laws but without the requirement that the offender have taken an oath – outlaws material false statements in any matter within the jurisdiction of any federal agency or department, and to a limited extent within the jurisdiction of any federal court or Congressional entity.

3

## Perjury in a Judicial Context (18 U.S.C. 1623)

Congress enacted Section 1623 to avoid some of the common technicalities embodied in the more comprehensive perjury provisions found in subsection 1621 and thus "to facilitate perjury prosecutions and thereby enhance the reliability of

*Dunn v. United States, 442 U.S. 100, 107 (1979), citing, S.REP.NO. 91-617, at 58-9 (1969).*

"Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, <u>or affidavit</u>, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him.

18 U.S.C. 1623(a) testimonies before federal courts LIKE THIS ONE.

Parsed into elements, Section 1623 declares that: I. Whoever II. a. under oath or b. in any i. declaration, ii. certificate, iii. verification, or iv. statement under penalty of perjury as permitted under Section 1746 of title 28, United States Code III. in any proceeding before or ancillary to a. any court or b. grand jury of the United States IV. knowingly V. a. makes any false material declaration or b. makes or uses any other information, including any i. book, ii. paper, iii. document, iv. record, v. recording, or vi. other material, knowing the same to contain any false material declaration, <u>shall be fined under this title or imprisoned not more than five years, or both.</u>

United States v. Safa, 484 F.3d 818, 821 (6th Cir. 2007)("To convict an individual of a violation of 18 U.S.C. 1623, the government must prove beyond a reasonable doubt that the defendant: (1) knowingly made, (2) a materially false declaration (3) under oath (4) in a proceeding before or ancillary to any court of the United States"); United States v. Pagan-Santini, 451 F.3d 258, 266 (1st Cir. 2006)("A statement under oath constitutes perjury if it is false, known to be so and material to the proceeding"); United States v. Clifton, 406 F.3d 1173, 1177 (10th Cir. 2005)("The government must prove the following elements beyond a reasonable doubt under §1623: (1) the defendant made a declaration under oath before a grand jury; (2) such declaration was false; (3) the defendant knew the declaration was false and (4) the false declaration was material to the grand jury's inquiry"); United States v. Hirsch, 360 F.3d 860, 864-65 (8th Cir. 2004)(the government had to prove the following four elements beyond a reasonable doubt: (1) Hirsch gave the testimony under oath in his criminal trial; (2) such testimony was false in whole or in part;

4

(3) at the time he so testified, he knew his testimony was false; and (4) the false testimony was material.

Charles L McDowell has in fact (1) knowingly made, (2) a materially false declaration (3) under oath (4) in a proceeding before or ancillary to any court of the United States"); United States v. Pagan-Santini, 451 F.3d 258, 266 (1st Cir. 2006)("A statement under oath constitutes perjury if it is false, known to be so and material to the proceeding"); United States v. Clifton, 406 F.3d 1173, 1177 (10th Cir. 2005) as was demonstrated by his offering of e mails, in the hearing April 5th 2011 in place of a genuine COURT ORDER. He is a highly trained a certified attorney, that has been allowed to act as a attorney in the State of California via a motion for Pro Hac Vice. Mr. McDowell knew well in advance of his issuing the court order for contempt of court, that HE HAD NO COURT ORDER, and once confronted in open court with his material fabrication he offered 2 self serving e mails designed to give the illusion that he once requested a court order, demonstrating that MR MCDOWELL WAS WELL AWARE OF HIS CHARADE ON THE COURT.

- The fact here is simple, Mr McDowell offered to the court that he had a court order, that material FACT was the basis for the entry of a order of the court.

- Mr. McDowell knew well in advance of the request and issuance of the court order for Contempt of Court that he was in fact making a materially FALSE statement before a federal court proceeding.

- The simple fact that this data was entered upon the docket and is now reflected to any public search of this case is material to the facts contained herein this declaration.

"The government must prove the following elements beyond a reasonable doubt under §1623: (1) the defendant made a declaration under oath before a court of grand jury;
(2) such declaration was false;
(3) the defendant knew the declaration was false and
(4) the false declaration was material to the courts inquiry";

The court can have no question that LOGAN has made his case for a judgment upon Mc McDowell

United States v. Hirsch, 360 F.3d 860, 864-65 (8th Cir. 2004)the government had to prove the following four elements beyond a reasonable doubt: (1) Hirsch gave the testimony under oath in his criminal trial; (2) such testimony was false in whole or in part; (3) at the time he so testified, he knew his testimony was false; and (4) the false testimony was material.

Attorney Charles Lucky McDowell fabricated lies and committed criminal perjury herein alleged in this motion on or about January 11, 2011, ("Motion"). The Motion seeks to Issue

5

a order for Contempt of Court. As is described in this document herein these 2 attorneys have fabricated facts that were offered to the court in an effort to impede the judicial process. Mr. McDowell HAS NO ORDER, Mr McDowell has offered the court a E Mail, in the place of a court order. An e mail is NOT A COURT ORDER his motion titled Motion for Contempt of Court was designed to harass and intimidate Logan and cause the court to falsely issue a order upon moving party in this motion that would effectively deny his constitutional rights.

Mr. McDowell clearly has LIED TO THE COURT and insisted that he had a ORDER FROM THE COURT THAT SEALED ALL RECORDS, when as shown in the attached letter from the actual recipient of the letter, THIS CLAIM IS A OUT RIGHT FABRICATION, AND AN EFFORT TO INTRODUCE FACTS INTO THE CASE THAT SIMPLY ARE NOT TRUE. This Attorney should know better then to offer lies to the court and that is what has taken place herein this case. Mr. McDowell was successful in his efforts to harass and intimidate Logan, as Logan was admitted into HOAG hospital only hours after the hearing with an ailment that has been attributed to being caused by this stress. Logan was in the hospital for 3 days with IV needles in his arm suffering from violent internal problems that were the direct result of stress caused by Mr. McDowell's charade for the court.

The court must be clearly aware of the fact that <u>Mr. McDowell has in fact tricked the court into issuing an order that restricts Logan's rights under the US Constitution</u>, and impedes his ability to defend a case on the other side of the country. In short the court has in fact awarded Mr. McDowell for his trickery and deceit by the imposition of orders upon a person whom this court has no authority to issue orders upon. During the hearing on April 5th 2011, Mr McDowell acknowledges that he tricked LOGAN into the courts, quoting Mr. McDowell from the hearing, "Aaa haaa, we have no court order" combined with the attached Exhibit 2 and Exhibit 3 copies of e mails presented in court to substantiate Mr. McDowells lack of a real court order, is in fact an admission of the fact that Mr. McDowell LIED TO THE COURT ON MATERIAL FACTS IN AN EFFORT TO MANIPULATE THE JUDICIAL SYSTEM, a quest that he did in fact achieve via the courts issuance of the court order regarding the use of discovery items directed ONLY at LOGAN.

Charles McDowell (a.k.a. Luckey McDowell) has lied to the court and comments a serious offense that warrants further criminal proceeding as well as notification of the California Bar of his judicial misconduct to further admonish Mr. McDowell for his judicial deceit and mis conduct.

**CONCLUSION**

Attorney's must be held as officers of the court to the oath and obligations to the court to abide by the laws that each is sworn to uphold. Mr. McDowell is a J.D., from the Duke University School of Law, 2001 and as such should know better then to simply lie and fabricate stories in court to accomplish his clients objectives and must be held accountable for his actions.

For the reasons set forth herein as well as in my declaration,, Don Logan respectfully requests that the court grant the issuance of a contempt of court order and further award Mr. Logan the prescribed amount of 500 dollars for each cause as outlined above and further request sanction upon attorney Charles Luckey McDowell, additionally with criminal proceeding for violations of 18 U.S.C. 1623 and find Charles Luckey McDowell in contempt under 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623. & shall be fined under this title and/or imprisoned not more than five years, or both as the court deems fit. LOGAN herein request the court forward the attached: AO 91 Criminal Complaint, to the U.S. Attorneys office for further criminal prosecution, as is required under Federal statutes outlined in the above brief.

This type of Judicial misconduct MUST BE HALTED within the legal system if the public is expected to have any faith in our justice system what so ever, as such LOGAN herein requests that the court using its authority to send a signal that this behavior can not be tolerated in the court system and LOGAN requests that the court bind this matter over for criminal prosecution.

Respectfully submitted: Date: April 27, 2011

_____

**Victim**, Don Logan *in propria persona*

7

## PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is PO Box 1564 Costa Mesa CA 92627.
A true and correct copy of the foregoing document(s) described as:

**OBJECTION TO ORDER HEARD ON APRIL 4, 2011**

will be served or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the document. As of January 7, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Keith C. Owens
Foley & Lardner LLP
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
kowens@foley.com

**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593
ustpregion16.sa.ecf@usdoj.gov

**Robert P Goe**
Goe & Forsythe, LLP
18101 Von Karman, Ste 510
Irvine, CA 92612
kmurphy@goeforlaw.com

**II.    SERVED BY U.S. MAIL AND/OR OVERNIGHT MAIL:**

On April 8, 2011, I served the following persons and/or entities by U.S. Mail at the last known addresses in this bankruptcy case or adversary proceeding. I also served the following persons and/or entities by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the Judge here constitutes a declaration that personal delivery on the Judge <u>will be</u> completed no later than 24 hours after documentation is filed.

**Via U.S. Mail**
Debtor Cobalis Corporation
Attn: Chaslav Radovich, President
2030 Main Street, Suite 1300

8

Irvine, CA 92614

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 11, , 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery to Chambers**
The Honorable Theodor C. Albert
U.S. Bankruptcy Court – Santa Ana
411 West Fourth Street,
Santa Ana, CA  92701

| **Via mail** | **Via mail** |
|---|---|
| C. Luckey McDowell | Richard B. Harper |
| Baker Botts LLP | Kristin E. Flood |
| 2001 Ross Avenue | Baker Botts LLP |
| Dallas, TX  75201-2980 | 30 Rockefeller Plaza, 44th Floor |
| Email: luckey.mcdowell@bakerbotts.com | New York, NY  10112 |
| | Email: richard.harper@bakerbotts.com |

**Via Email**
David Filler / John Kelso
Levey, Filler, Rodriguez, Kelso & DeBianchi
1688 Meridian Ave., Ste. 902
Miami Beach, FL  33139
Email: dfiller@leveyfiller.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/__/11 | Don Logan | /s/ Don Logan |
|---|---|---|
| Date | Type Name | Signature |

9

| | |
|---|---|
| 1 | Keith C. Owens (CA State Bar No. 184841)<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3500 |
| 2 | Los Angeles, California 90071-2411<br>Telephone:  213.972.4500 |
| 3 | Facsimile:  213.486.0065<br>Email:  *kowens@foley.com* |
| 4 | |
| 5 | C. Luckey McDowell (TX State Bar No. 24034565)<br>**BAKER BOTTS L.L.P.** |
| 6 | 2001 Ross Avenue<br>Dallas, Texas 75201-2980 |
| 7 | Telephone:  214.953.6500<br>Facsimile:  214.661.6503 |
| 8 | Email:  *luckey.mcdowell@bakerbotts.com* |
| 9 | Counsel for YA Global Investments, L.P. |

**FILED & ENTERED**

FEB 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**COBALIS CORPORATION,**<br><br>Debtor.<br><br>---<br><br>**Cobalis Corporation**<br><br>v.<br><br>**Cornell Capital Partners LP,<br>Yorkville Advisors LLC, and<br>YA Global Investments, L.P.** | Case No 8:07-bk-12347-TA<br><br>Chapter 11<br><br>Adversary No. 8:09-ap-01705-TA<br><br>**ORDER TO SHOW CAUSE**<br><br>Date:  January 18, 2011<br>Time:  11:00 a.m. PST<br>Ctrm:  5B<br><br>OSC Hearing:  April 5, 2011<br>Time:  2:00 p.m. PST<br>Courtroom:  5B |

Having considered the arguments and evidence presented at the hearing held on January 18, 2011 (the "Hearing") related to statements made on the website www.yagiscam.com (the "Website"), the Court hereby:

1. **ORDERS** Don R. Logan ("Mr. Logan") to show cause why Mr. Logan should not be held in contempt of court and enjoined from making statements regarding the above-captioned case;

2. **ORDERS** Mr. Logan to appear before this Court to testify regarding the creation of the Website, Mr. Logan's involvement and contacts with Cobalis Corporation (the "Debtor") and the Debtor's counsel, how Mr. Logan obtained materials posted on the Website, and such other matters that the Court may deem relevant.

3. Pursuant to Local Bankruptcy Rule 9020-1, a show cause hearing will be held on April 5, 2011 at 2:00 p.m. PST in Courtroom 5B located at 411 West Fourth Street, Santa Ana, California. Any responsive pleading to this show cause order must be filed and served on counsel for YA Global Investments, L.P. ("YA Global") not later than 14 days prior to the hearing. Any reply by YA Global shall be filed not later than 7 days prior to the hearing.

###

DATED: February 11, 2011    _Theodor C. Albert_

DAL02:578648.1    Page 2 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Foley & Lardner, LLP, 555 S. Flower Street, Suite 3500, Los Angeles, CA 90071-2300.

A true and correct copy of the foregoing document described **ORDER TO SHOW CAUSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On January 21, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Don Logan
20191 Cape Coral Ln. 107
Huntington Beach, CA 92646-8515

Via U.S. Mail
Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

Via U.S. Mail
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By hand delivery:
- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

By email transmission:
- Robert P Goe          rgoe@goeforlaw.com; kmurphy@goeforlaw.com
- Warren N. Nemiroff    wnemiroff@yahoo.com
- John Saba             jsbklaw@gmail.com
- Gregory Grantham      granthamgreg@gmailcom
- Don Logan             4thecoldtruth@gmail.com

DAL02:578648.1                                                                    Page 3 of 5

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/21/11 | Susan C. Vasquez | /s/ Susan C. Vasquez |
|---------|------------------|----------------------|
| Date    | Type Name        | Signature            |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed order or judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of____1/25/11_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Keith C Owens    kowens@foley.com
- John Saba    jsbklaw@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Warren N Nemiroff
9595 Wilshire Blvd #900
Beverly Hills, CA 90212

Gregory Grantham
Law Offices of Gregory Grantham
610 Newport Center Drive, Suite 600
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an Entered stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

☐ Service information continued on attached page

DAL02:578648.1    Page 5 of 5

## Copy of document that you requested from Lewis Levey is below

From: **WSGNY@aol.com** (wsgny@aol.com)
Sent: Wed 4/27/11 10:13 AM
To: logan_don@hotmail.com

Re: Representations made to Court by McDowell re: your conditional use of dep...
From:            LeveyPA@aol.com
To:              wsgny@aol.com
Date:            Fri, Apr 1, 2011 1:01 am
Rey,

First, I do not recall ever making such an agreement in this case or any case ever. Second, I do not recall anyone asking for such an agreement in this case or any case ever. Third, if there is no agreement on the record about this, then no agreement was reached. It is standard for all agreements reached at a deposition to be placed on the record.

I miss you. Lewis

In a message dated 3/31/2011 4:47:49 P.M. Eastern Daylight Time, wsgny@aol.com writes:

> Lewis,
>
> Luckey McDowell claims that you agreed that the deposition you took of David Gonzalez was predicated on an "attorney's eyes" only basis.
>
> I was present for the first half hour or so and do not recall any discussion about this subject. Nor does the transcript show any.
>
> Chas gave a transcript to a journalist and it is now available on the web. McDowell is seeking to have the journalist held in contempt. There is a hearing on Tuesday, April 5th, in which I will participate by telephone.
>
> I would like to represent to the Court that based on my personal knowledge, the deposition of Gonzalez was not subject to any special conditions.
>
> Your thoughts, as always, are most appreciated.
>
> Rey

EXHIBIT 2

-----Original Message-----
From: Don Logan <logan_don@hotmail.com>
To: Ray Olsen <wsgny@aol.com>
Sent: Wed, Apr 27, 2011 10:30 am
Subject: RE: Perjury charges upon Mc Dowell

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Charles Luckey McDowell<br>a.k.a.<br>Luckey McDowell<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Febuary 11, & April 5, 2011__ in the county of __Orange__ in the __Central__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1621<br>18 U.S.C. 1622<br>18 U.S.C. 1623(a). | Perjury. having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify Presenting material false statements under oath before or ancillary to federal court. Subornation of perjury, attempting to induce another person to perjure themselves. "(1) knowingly made a (2) false (3) material declaration (4) under oath (5) in a proceeding before or ancillary to any court or grand jury of the United States." |

This criminal complaint is based on these facts:

See attached affidavit is support of Perjury decleration of D Ramey Logan.
Attached exhibits: Transcripts hearings: Judge Albert, Santa Ana California
Feb, 11 2011 3pm;
April 5, 2011 3pm

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__D Ramey Logan in propria persona__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/06/2011__    _____
*Judge's signature*

City and state: __Santa Ana, California__    _____
*Printed name and title*