# ORIGINAL

FILED

MAY - 3 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  Don Logan
   P.O. Box 1564
2  Costa Mesa, California  92626
   Tel (949) 872 6806
3

4  Interested Party, Don Logan *in propria persona*

5

6               **UNITED STATES BANKRUPTCY COURT**

7          **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

8  | In re | |
9  | **COBALIS CORP.,** | Case No. 8:07:12347-TA |
   |   Debtor-in-Possession. | Chapter 11 |
10

11 COBALIS CORP., a Nevada corporation,

12              Plaintiff,

13                                          **NOTICE OF MOTION AND REQUEST
                                            FOR AN ORDER TO SHOW CAUSE WHY**
14     vs.                                  **ATTORNEY CHARLES LUCKEY
                                            MCDOWELL SHOULD NOT BE FOUND**
15 YA GLOBAL INVESTMENTS, L.P., a Delaware  **IN CIVIL & CRIMINAL CONTEMPT**
   limited  partnership,  formerly  known  as  **UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18**
16 CORNELL  CAPITAL  PARTNERS,  LP;  and  **U.S.C. 1623, 28 U.S.C 1927, Section 1001 of**
                                            **title 18  & Section 1746 of title 28**
17 YORKVILLE  ADVISORS,  LLC,  a  Delaware
   limited liability company,
18

19
                Defendants.
20

21

22

23 **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES
   BANKRUPTCY JUDGE, COUNSEL FOR PLAINTIFF AND PARTIES IN**
24 **INTEREST:**

25 **PLEASE TAKE NOTICE** that on _____ , at _____ ., or as soon
   thereafter as the matter may be heard in the above-identified Court, before The
26 Honorable Theodor C. Albert in Courtroom 5B, located at 411 West Fourth Street, Santa
27 Ana, Don Logan (respondent) will and hereby do move this Court to find Charles
   Luckey McDowell in criminal contempt of court for the commission of perjury.
28

1

2   The conduct of this slick attorney clearly is designed to be obstructive and impede the
    fundamental goal of resolving this dispute, through this crafty delay in the effort to deny
3   justice. Furthermore this slick attorney has offered, as facts information without any
4   factual basis, this clearly shows improper motives as Mr. McDowell seeks to create a
    "record" that has not occurred. The sole object of tMr. McDowell is to create a burden
5   upon a non related party, Mr. McDowell has lied over and over again ion open court and
    in court filed documents in a clear effort to avoid the disclosure of relevant forged and
6   altered documents in a manner that is designed create confusion and get them additional
7   time and in fact the courts aid to hide the existence of documents that are incriminating
    and provide proof of the crimes that have taken place.
8

9   This Notice is based upon the Motion, and the Declaration of Don Logan and exhibits filed
    concurrently herewith, the pleadings and other documents on file with this Court.
10

11                 Respectfully submitted: Date: May 3th, 2011

12

13

14

15          **Victim**, Don Logan *in propria persona*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Don Logan
P.O. Box 1564

2

Costa Mesa, California  92626
Tel (949) 872 6806

3

4

Interested Party, Don Logan *in propria persona*

5

**UNITED STATES BANKRUPTCY COURT**

6

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

7

| | |
|---|---|
| In re **COBALIS CORP.,** Debtor-in-Possession. | **Case No. 8:07:12347-TA** **Chapter 11** |
| COBALIS CORP., a Nevada corporation, Plaintiff, vs. YA GLOBAL INVESTMENTS, L.P., a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company, Defendants. | Adversary No.  08:09-AP-01705-TA DECELERATION BY DON LOGAN IN SUPPORT OF REQUEST FOR AN ORDER TO SHOW CAUSE WHY ATTORNEY CHARLES LUCKEY MCDOWELL SHOULD NOT BE FOUND IN CIVIL & CRIMINAL CONTEMPT UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623, 28 U.S.C 1927, Section 1001 of title 18  & Section 1746 of title 28 |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, COUNSEL FOR DEFENDANTS AND PARTIES IN INTREST.

24

25

Don Ramey Logan, hereby PETITION FOR AN ORDER TO SHOW CAUSE WHY ATTORNEY Charles Lucky McDowell, SHOULD NOT BE FOUND IN CIVIL & CRIMINAL CONTEMPT OF COURT FOR PERJURY UNDER 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623, 28 U.S.C 1927, Section 1001 of title 18  & Section 1746 of title 28

26

27

28

4

There are three general federal perjury laws. One, 18 U.S.C. 1621, outlaws presenting material false statements under oath in federal official proceedings. A second, 18 U.S.C. 1623, bars presenting material false statements under oath before or ancillary to federal court or grand jury proceedings. A third, 18 U.S.C. 1622 (subornation of perjury), prohibits inducing or procuring another to commit perjury in violation of either Section 1621 or Section 1623.

Statements of interpretation of fact are not perjury because people often make inaccurate statements unwittingly and not deliberately. Individuals may have honest but mistaken beliefs about certain facts, or their recollection may be inaccurate. Like most other crimes in the common law system, to be convicted of perjury one must have had the intention (mens rea) to commit the act, and to have actually committed the act (actus reus).

Subornation of perjury, attempting to induce another person to perjure themselves, is itself a crime. Offering false information in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

1622 Subornation of perjury is a serious offence. It may be applied to an attorney who presents testimony (or an affidavit) the attorney knows is materially false to a judge or jury as if it were factual. Generally, the knowledge that the testimony is materially false must rise above mere suspicion to what a reasonable attorney would have believed in the circumstances. For example, the attorney cannot be willfully blind to the fact that their witness is giving false testimony. Mr McDowell has worked in concert with his clients to fabricate issues that simply are not true. The deceleration of Mr Gonzalez contains a number of false facts that were clearly designed to impede the judicial process and provide a record of facts that are simply not true. An attorney who actively encourages a witness to give false testimony as we see here in this case via the offering of a series of fabrications from Charles McDowell (a.k.a. Luckey).

In January, 2011, Charles L McDowell devised a scheme that was based upon his proffering of false information to the court in a effort to obtain jurisdiction over a non party to a case he has seemingly lost control over. Mr McDowell fabricated a series of FACTS for the court. A true and correct copy of the "Order To Show Cause for contempt of court" is herein attached as EXHIBIT 1. Mr McDowell needed to obtain an order from the court and had NO LAWFUL MANNER that allowed him to do so, so he fabricated false facts for the court and deployed his scheme in a manner that is unlawful, & criminal by lying to the court and having the court SIGN and issue orders based upon his fraud upon the court.

**Exhibit 2:** Docket 118 (*in camera review*) exhibit is now sealed. *Docket Text:* Transcript regarding Hearing Held 04/05/11 RE: ORDER TO SHOW CAUSE RE: WHY MR. LOGAN SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ENJOINED FROM MAKING STATEMENTS REGARDING THE ABOVE CAPTIONED CASE. Remote electronic access to the transcript is restricted until 07/14/2011. The transcript may be viewed at the Bankruptcy Court Clerk's Office.

5

18 U.S.C. 1623. False declarations before grand jury or court.

In most cases, the courts abbreviate their description of the elements and state that to prove perjury under Section 1623 the government must establish that the defendant "(1) knowingly made a (2) false (3) material declaration (4) under oath (5) in a proceeding before or ancillary to any court or grand jury of the United States." The courts generally favor the encapsulation from United States v. Dunnigan to describe the elements of Section 1621: "A witness testifying under oath or affirmation violates this section if she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." Section 1622 outlaws procuring or inducing another to commit perjury:

"Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned for not more than five years, or both", 18 U.S.C. 1622.

The false statement statute, 18 U.S.C. 1001, is closely akin to the perjury statutes. It outlaws false statements in any matter within the jurisdiction of a federal agency or department, a kind of perjury with oath prohibition.

Federal perjury laws are found principally in chapter 79 of title 18 of the United States Code.2 The chapter consists of three sections: Section 1623 under which perjury involving judicial proceedings is most often prosecuted today; the historic perjury provision, Section 1621, now used primarily for cases where Section 1623 is unavailable and in sentencing enhancement cases; and Section 1622 that outlaws subornation of perjury. Section 1001 of title 18 – a statute much like the perjury laws but without the requirement that the offender have taken an oath – outlaws material false statements in any matter within the jurisdiction of any federal agency or department, and to a limited extent within the jurisdiction of any federal court or Congressional entity.

Prohibitions against misconduct very much like perjury are scattered throughout the United States Code. The most widely prosecuted is probably 18 U.S.C. 1001, discussed infra, that outlaws material false statements made with respect to a matter within the jurisdiction of a department or agency of the United States.

*18 U.S.C. 1961(1), 1956(c)(7). 18 U.S.C. 2, 3, 4, 371. E.g., United States v. Atalig, 502 F.3d 1063, 1065 (9th Cir. 2007)(conspiracy to violate 18 U.S.C. 1001); cf., United States v. Dunne, 324 F.3d 1158, 1162-163 (10th Cir. 2003).*

Subsection 1623 permits a conviction in the case of two mutually inconsistent declarations without requiring proof that one of them is false, 18 U.S.C. 1623(c); it recognizes a limited recantation defense, 18 U.S.C. 1623(d); it dispenses with the so-called two-witness rule, 18 U.S.C. 1623(e); and it employs a "knowing" mens real standard rather than the more demanding "willfully" standard used in subsection 1621. Federal perjury laws are found principally in chapter 79 of title 18 of the United States Code.2 The chapter consists of three sections: Section 1623 under which perjury involving judicial proceedings is most often prosecuted today; the historic perjury provision, Section 1621, now used primarily for cases where Section 1623 is unavailable and in sentencing enhancement cases; and Section 1622 that outlaws subornation of perjury. Section 1001 of title 18 – a statute much like the perjury laws but without the

requirement that the offender have taken an oath – outlaws material false statements in any matter within the jurisdiction of any federal agency or department, and to a limited extent within the jurisdiction of any federal court or Congressional entity.

## Perjury in a Judicial Context (18 U.S.C. 1623)

Congress enacted Section 1623 to avoid some of the common technicalities embodied in the more comprehensive perjury provisions found in subsection 1621 and thus "to facilitate perjury prosecutions and thereby enhance the reliability of

*Dunn v. United States, 442 U.S. 100, 107 (1979), citing, S.REP.NO. 91-617, at 58-9 (1969).*

"Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him.

18 U.S.C. 1623(a) testimony before federal courts LIKE THIS ONE.

Parsed into elements, Section 1623 declares that: I. Whoever II. a. under oath or b. in any i. declaration, ii. certificate, iii. verification, or iv. statement under penalty of perjury as permitted under Section 1746 of title 28, United States Code III. in any proceeding before or ancillary to a. any court or b. grand jury of the United States IV. knowingly V. a. makes any false material declaration or b. makes or uses any other information, including any i. book, ii. paper, iii. document, iv. record, v. recording, or vi. other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both.

United States v. Safa, 484 F.3d 818, 821 (6th Cir. 2007)("To convict an individual of a violation of 18 U.S.C. 1623, the government must prove beyond a reasonable doubt that the defendant: (1) knowingly made, (2) a materially false declaration (3) under oath (4) in a proceeding before or ancillary to any court of the United States"); United States v. Pagan-Santini, 451 F.3d 258, 266 (1st Cir. 2006)("A statement under oath constitutes perjury if it is false, known to be so and material to the proceeding"); United States v. Clifton, 406 F.3d 1173, 1177 (10th Cir. 2005)("The government must prove the following elements beyond a reasonable doubt under §1623: (1) the defendant made a declaration under oath before a grand jury; (2) such declaration was false; (3) the defendant knew the declaration was false and (4) the false declaration was material to the grand jury's inquiry"); United States v. Hirsch, 360 F.3d 860, 864-65 (8th Cir. 2004)(the government had to prove the following four elements beyond a reasonable doubt: (1) Hirsch gave the testimony under oath in his criminal trial; (2) such testimony was false in whole or in part; (3) at the time he so testified, he knew his testimony was false; and (4) the false testimony was material.

Charles L McDowell has in fact  (1) knowingly made, (2) a materially false declaration (3) under oath (4) in a proceeding before or ancillary to any court of the United States"); United States v. Pagan-Santini, 451 F.3d 258, 266 (1st Cir. 2006)("A statement under oath constitutes perjury if it is false, known to be so and material to the proceeding"); United States v. Clifton, 406 F.3d 1173, 1177 (10th Cir. 2005) as was demonstrated by his offering of e mails, in the hearing April 5th 2011 in place of a genuine COURT ORDER. He is a highly trained and certified attorney, that has been allowed to act as a attorney in the State of California via a motion for Pro Hac Vice. Mr. McDowell took an oath to participate in the case Pro Hac Vice and has a obligation to the California Bar under that oath to act honestly and truthfully, in this case. Mr. McDowell knew well in advance of his issuing the court order for contempt of court, that **HE HAD NO COURT ORDER**, and once confronted in open court with his material fabrication he offered 2 self serving e mails designed to give the illusion that he once requested a court order, demonstrating that **MR MCDOWELL WAS WELL AWARE OF HIS CHARADE ON THE COURT.**

- The fact here is simple, Mr McDowell offered to the court that he had a court order, that material FACT was the basis for the entry of a order of the court.

- Mr. McDowell knew well in advance of the request and issuance of the court order for Contempt of Court that he was in fact making a materially FALSE statement before a federal court proceeding.

- The simple fact that this data was entered upon the docket and is now reflected to any public search of this case is material to the facts contained herein this declaration.

"The government must prove the following elements beyond a reasonable doubt under §1623: (1) the defendant made a declaration under oath before a court of grand jury;
    (2) such declaration was false;
    (3) the defendant knew the declaration was false and
    (4) the false declaration was material to the courts inquiry";

United States v. Hirsch, 360 F.3d 860, 864-65 (8th Cir. 2004)the government had to prove the following four elements beyond a reasonable doubt: (1) Hirsch gave the testimony under oath in his criminal trial; (2) such testimony was false in whole or in part; (3) at the time he so testified, he knew his testimony was false; and (4) the false testimony was material.

Under Title 28 § 1927. Counsel's liability for excessive costs: Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct. In this matter attorney McDowell has manipulated the system and the court in a manner that clearly falls under consideration for violations of Title 28 § 1927.

Attorney Charles Lucky McDowell fabricated lies and committed criminal perjury herein alleged in this motion on or about January 11, 2011, ("Motion"). The Motion seeks to Issue a order for Contempt of Court. As is described in this document herein these Mr McDowell has fabricated facts that were offered to the court in an effort to impede the judicial process. Mr.

1  McDowell HAS NO ORDER, Mr McDowell has offered the court a E Mail, in the place of a
court order. An e mail is NOT A COURT ORDER his motion titled Motion for Contempt of
2  Court was designed to harass and intimidate Logan and cause the court to falsely issue a order
upon moving party in this motion that would effectively deny his constitutional rights.
3

Mr. McDowell clearly has LIED TO THE COURT and insisted that he had a ORDER FROM
4  THE COURT THAT SEALED ALL RECORDS, when as shown in the attached letter from the
actual recipient of the letter, THIS CLAIM IS A OUT RIGHT FABRICATION, AND AN
5  EFFORT TO INTRODUCE FACTS INTO THE CASE THAT SIMPLY ARE NOT TRUE.
This Attorney should know better then to offer lies to the court and that is what has taken place
6  herein this case. Mr. McDowell was successful in his efforts to harass and intimidate Logan, as
Logan was admitted into HOAG hospital only hours after the hearing with an ailment that has
7  been attributed to being caused by this stress. Logan was in the hospital for 3 days with IV
needles in his arm suffering from violent internal problems that were the direct result of stress
8  caused by Mr. McDowell's charade for the court.
9

10  The court must be clearly aware of the fact that <u>Mr. McDowell has in fact tricked the court into
issuing an order that restricts Logan's rights under the US Constitution</u>, and impedes his ability
11  to defend a case on the other side of the country. In short the court has in fact awarded Mr.
McDowell for his trickery and deceit by the imposition of orders upon a person whom this court
12  has no authority to issue orders upon. During the hearing on April 5th 2011, Mr McDowell
acknowledges that he tricked LOGAN into the courts, quoting Mr. McDowell from the hearing,
13  "Aaa haaa, we have no court order" combined with the attached **Exhibit 3** copy of a letter
14  presented in court to substantiate Mr. McDowells lack of a real court order, is in fact an
admission of the fact that Mr. McDowell LIED TO THE COURT ON MATERIAL FACTS IN
15  AN EFFORT TO MANIPULATE THE JUDICIAL SYSTEM, a quest that he did in fact achieve
via the courts issuance of the court order regarding the use of discovery items directed ONLY at
16  LOGAN.
17

As was offered during the hearing on April 5th 2011 from Rey Olsen, the letter that Mr.
18  McDowell claims to have been sent, was never received or in any way recognized as valid by its
intended recipient, in stark contrast, the firm it was designed to ve sent to, NEVER SAW IT as
19  is clearly shown by the attached Exhibit 4, an e mail reciting that fact, from the firm of Levey
Filler. Mr McDowell has no proof that he did not write this letter the day before the hearing, and
20  it was NEVER offered in the February hearing whatsoever, as the court was still under the
impression that Mr. McDowell had a court order, so naturally the letters offered on April 5th
21  would have clearly hindered the courts willingness to sign and issue a Order To Show Cause for
22  Contempt of Court, upon Mr Logan, un witting respondent in the above captioned case and
applicant in this motion. A true and correct copy of that e mail from Rey Olsen is herein
23  attached as Exhibit 4.
24

Charles McDowell (a.k.a. Luckey McDowell) has lied to the court and comments a serious
25  offense that warrants further criminal proceeding as well as notification of the California Bar of
his judicial misconduct to further admonish Mr. McDowell for his judicial deceit and miss
26  conduct. Of continued concern to THIS court should be Mr. McDowell's willingness to conduct
his business in a manner that mirrors, collectors for loan sharks. In February of 2011 the Process
27  server's hired by Mr McDowell and his firm Baker Botts, were kind enough to canvas the
28  complex listed incorrectly in his Motion as my home address (former).

These men hired by Mr McDowell and his clients, upon discovery of the fact that the address was no longer the home of LOGAN went door to door in a menacing and threatening manner looking for information on LOGAN. Each of the people that were harassed by the process servers are in fact WITNESSES in a case that LOGAN is actively pursuing in the local municipal courts. Mr. McDowell's process servers were in fact **tampering with witnesses** in that case, whom all now are fearful of participation, due directly to Mr. McDowell and his crew of thugs. See attached declaration of M Sorochman Exhibit 5.

Of continued concern is the return of these hired thugs to the current home of respondent, well after the process was served. Respondent has video of these same process servers in front of my home weeks after the process was served. These men have no business stalking me. A police report has been filed.

CONCLUSION

Charles Luckey McDowell has lied to the court in a manner that has resulted in a gross manipulation of the judicial process. His tactics have included perjury, harassment, intentional inflection of emotional distress, as well as witness tampering as outlined above.

Had Mr. McDowell exposed the truth to the court no order to show cause upon Mr Logan would have been issued. The law does not have a provision for "Contempt of E Mail"

, Mr McDowell drafted the order to read "Contempt of Court" a serious claim that carries the implication of a jail sentence. McDowell lied to the court and had a Federal Judge sign a order based upon his lies.

The precedence set herein this case could well challenge the US constitution, should the court send a message that an attorney can lie through his teeth, in an effort to obtain any objective and the public as a whole could be dragged into court, based upon these lies and judicial deceit in a manner that mirrors the justice system in the former eastern block nations, and you can be forced to answer to a judge and stripped of your civil rights, in a bankruptcy court, using fabricated propaganda and lies. I can only hope that this is not that case.

Attorney's must be held as officers of the court to the oath and obligations to the court to abide by the laws that each is sworn to uphold. Mr. McDowell is a J.D., from the Duke University School of Law, 2001 and as such should know better then to simply lie and fabricate stories in court to accomplish his client's objectives and must be held accountable for his, and his thugs actions.

Respondent requests recovery of any and all costs related to the fraudulent "Order to Show Cause for Contempt of Court" issued by C L McDowell, and signed by Judge Albert. Logan also request compensation for all related costs under 28 U.S.C. 1927 as well as related medical costs related to the admission to HOAG hospital for stress related reactions shortly after the hearing.

This type of **Judicial misconduct MUST BE HALTED** within the legal system if the public is expected to have any faith in our justice system what so ever, as such LOGAN herein requests

that the court using its authority to send a signal that this behavior can not be tolerated in the court system and LOGAN requests that the court bind this matter over for criminal prosecution.

For the reasons set forth herein in my declaration,, Don Logan respectfully requests that the court grant the issuance of a contempt of court order and further award Mr. Logan the prescribed amount of 10,000 dollars for each cause as outlined above and further request sanction upon attorney Charles Luckey McDowell, additionally with criminal proceeding for violations of 18 U.S.C. 1623 and find Charles Luckey McDowell in contempt under 18 U.S.C. 1621, 18 U.S.C. 1622 & 18 U.S.C. 1623. & shall be fined under this title and/or imprisoned not more than five years, or both as the court deems fit. LOGAN herein requests the court sign and forwards the attached: AO 91 Criminal Complaint, to the U.S. Attorneys office for further criminal prosecution, as is required under Federal statutes outlined in the above brief.

Respectfully submitted: Date: May 3th, 2011

**Victim**, Don Logan *in propria persona*

11

**PROOF OF SERVICE OF DOCUMENTS**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is PO Box 1564 Costa Mesa CA 92627.

A true and correct copy of the foregoing document(s) described as:

Motion for order of Contempt of Court for the commission of Perjury on Charles Luckey McDowell & Deceleration of Don Logan in support of order will be served or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    SERVED  VIA NOTICE OF E MAIL**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by e mail. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Keith C. Owens  
Foley & Lardner LLP  
555 South Flower Street, 35th Floor  
Los Angeles, CA  90071-2411  
kowens@foley.com

**United States Trustee (SA)**  
411 W Fourth St., Suite 9041  
Santa Ana, CA 92701-4593  
ustpregion16.sa.ecf@usdoj.gov

**Robert P Goe**  
Goe & Forsythe, LLP  
18101 Von Karman, Ste 510  
Irvine, CA 92612  
kmurphy@goeforlaw.com

On May 3th, 2011, I served the following persons and/or entities.

**<u>Via personal delivery</u>**  
Debtor Cobalis Corporation  
Attn: Chaslav Radovich, President  
2030 Main Street, Suite 1300  
Irvine, CA  92614

**<u>Via Personal Delivery to Chambers</u>**  
The Honorable Theodor C. Albert  
U.S. Bankruptcy Court – Santa Ana  
411 West Fourth Street,  
Santa Ana, CA  92701

**Via e mail**
C. Luckey McDowell
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980
Email: luckey.mcdowell@bakerbotts.com

**Via e mail**
Richard B. Harper
Kristin E. Flood
Baker Botts LLP
30 Rockefeller Plaza, 44th Floor
New York, NY  10112
Email: richard.harper@bakerbotts.com

**Via Email**
David Filler / John Kelso
Levey, Filler, Rodriguez, Kelso & DeBianchi
1688 Meridian Ave., Ste. 902
Miami Beach, FL  33139
Email: dfiller@leveyfiller.com

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

| 05/03/11 | Don Logan | /s/ Don Logan |
| Date | Type Name | Signature |

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Charles Luckey McDowell | ) | Case No. |
| a.k.a. | ) | |
| Luckey McDowell | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Febuary 11, & April 5, 2011___ in the county of _____Orange_____ in the

___Central___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1621 | Perjury. having taken an oath before a competent tribunal, officer, |
| 18 U.S.C. 1622 | or person, in any case in which a law of the United States |
| 18 U.S.C. 1623(a). | authorizes an oath to be administered, that he will testify Presenting material false statements under oath before or ancillary to federal court. Subornation of perjury, attempting to induce another person to perjure themselves. "(1) knowingly made a (2) false (3) material declaration (4) under oath (5) in a proceeding before or ancillary to any court or grand jury of the United States." |

This criminal complaint is based on these facts:

See attached affidavit is support of Perjury decleration of D Ramey Logan.
Attached exhibits: Transcripts hearings: Judge Albert, Santa Ana California
Feb, 11 2011 3pm;
April 5, 2011 3pm

☑ Continued on the attached sheet.

_____
*Complainant's signature*

D Ramey Logan in propria persona
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    ___04/06/2011___

_____
*Judge's signature*

City and state:    ___Santa Ana, California___

_____
*Printed name and title*

| | |
|---|---|
| 1 | Keith C. Owens (CA State Bar No. 184841) |
| | **FOLEY & LARDNER LLP** |
| 2 | 555 South Flower Street, Suite 3500 |
| | Los Angeles, California 90071-2411 |
| 3 | Telephone:   213.972.4500 |
| | Facsimile:   213.486.0065 |
| 4 | Email:   kowens@foley.com |

FILED & ENTERED

FEB 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

5    C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:   214.953.6500
Facsimile:   214.661.6503
Email:   luckey.mcdowell@bakerbotts.com

Counsel for YA Global Investments, L.P.

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No 8:07-bk-12347-TA |
| **COBALIS CORPORATION,** | Chapter 11 |
| Debtor. | Adversary No. 8:09-ap-01705-TA |
| | **ORDER TO SHOW CAUSE** |
| **Cobalis Corporation** | Date:  January 18, 2011 |
| v. | Time:  11:00 a.m. PST |
| | Ctrm:  5B |
| **Cornell Capital Partners LP, Yorkville Advisors LLC, and YA Global Investments, L.P.** | OSC Hearing:    April 5, 2011 |
| | Time:             2:00 p.m. PST |
| | Courtroom:    5B |

Having considered the arguments and evidence presented at the hearing held on

January 18, 2011 (the "Hearing") related to statements made on the website www.yagiscam.com

(the "Website"), the Court hereby:

# Exhibit 1

1.    **ORDERS** Don R. Logan ("Mr. Logan") to show cause why Mr. Logan should not be held in contempt of court and enjoined from making statements regarding the above-captioned case;

2.    **ORDERS** Mr. Logan to appear before this Court to testify regarding the creation of the Website, Mr. Logan's involvement and contacts with Cobalis Corporation (the "Debtor") and the Debtor's counsel, how Mr. Logan obtained materials posted on the Website, and such other matters that the Court may deem relevant.

3.    Pursuant to Local Bankruptcy Rule 9020-1, a show cause hearing will be held on April 5, 2011 at 2:00 p.m. PST in Courtroom 5B located at 411 West Fourth Street, Santa Ana, California.    Any responsive pleading to this show cause order must be filed and served on counsel for YA Global Investments, L.P. ("YA Global") not later than 14 days prior to the hearing.  Any reply by YA Global shall be filed not later than 7 days prior to the hearing.

### 

DATED: February 11, 2011

*Theodr C. Albert*
United States Bankruptcy Judge

Exhibit 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Foley & Lardner, LLP, 555 S. Flower Street, Suite 3500, Los Angeles, CA 90071-2300.

A true and correct copy of the foregoing document described **ORDER TO SHOW CAUSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On January 21, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Don Logan
20191 Cape Coral Ln. 107
Huntington Beach, CA 92646-8515

Via U.S. Mail
Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

Via U.S. Mail
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By hand delivery:
- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

By email transmission:
- Robert P Goe           rgoe@goeforlaw.com; kmurphy@goeforlaw.com
- Warren N. Nemiroff    wnemiroff@yahoo.com
- John Saba            jsbklaw@gmail.com
- Gregory Grantham    granthamgreg@gmailcom
- Don Logan           4thecoldtruth@gmail.com

Exhibit 1

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/21/11 | Susan C. Vasquez | /s/ Susan C. Vasquez |
|---------|------------------|----------------------|
| Date | Type Name | Signature |

Exhibit 1

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>** Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____1/25/11_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Keith C Owens    kowens@foley.com
- John Saba    jsbklaw@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA UNITED STATES MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Warren N Nemiroff
9595 Wilshire Blvd #900
Beverly Hills, CA 90212

Gregory Grantham
Law Offices of Gregory Grantham
610 Newport Center Drive, Suite 600
Newport Beach, CA 92660

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>:** No later than the deadline specified in paragraph 3.b.(3) of this order,  the party lodging the order must serve a complete copy bearing an Entered stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

☐ Service information continued on attached page

Exhibit 1

DAL02:578648.1

# Exhibit 2:

Docket Entry 118 (*in camera review*) exhibit is now sealed. *Docket Text:* Transcript regarding Hearing Held 04/05/11 RE: ORDER TO SHOW CAUSE RE: WHY MR. LOGAN SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ENJOINED FROM MAKING STATEMENTS REGARDING THE ABOVE CAPTIONED CASE. Remote electronic access to the transcript is restricted until 07/14/2011.

**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA      ABU DHABI
NEW YORK, NEW YORK        AUSTIN
10112-4498                BEIJING
                          DALLAS
TEL  +1 212.408.2500      DUBAI
FAX  +1 212.408.2501      HONG KONG
www.bakerbotts.com        HOUSTON
                          LONDON
                          MOSCOW
                          **NEW YORK**
                          PALO ALTO
                          RIYADH
                          WASHINGTON

December 18, 2009

Richard B. Harper
TEL  +1 (212) 408-2675
FAX  +1 (212) 259-2475
richard.harper@bakerbotts.com

**BY OVERNIGHT DELIVERY**

David Filler, Esq.
Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP.
1688 Meridian Avenue, Suite 902
Miami, FL 33139

Re:    *In re Cobalis Corporation v. Cornell Capital Partners, LP, Yorkville Advisors, LLC,
       and YA Global Investments, LP*: Case No 8:07-bk-12347-TA

Dear David:

        The purpose of this letter is to confirm that we are sending out by overnight delivery an electronic production in the above-referenced matter. More specifically, we are enclosing a computer disc with documents Bates numbered YA 000001 to YA 001030. As agreed, these documents are being produced on an "attorneys eyes only" basis pending approval by the court of a confidentiality stipulation.

        Please do not hesitate to contact me if you have any questions or would like to discuss the matter further.

Sincerely,

Richard B. Harper

NY02:674220.1

Exhibit 3

# Copy of document that you requested from Lewis Levey is below

From: **WSGNY@aol.com** (wsgny@aol.com)
Sent:  Wed 4/27/11 10:13 AM
To:    logan_don@hotmail.com


Re: Representations made to Court by McDowell re: your conditional use of dep...
From:     LeveyPA@aol.com
To:       wsgny@aol.com
Date:     Fri, Apr 1, 2011 1:01 am
Rey,

First, I do not recall ever making such an agreement in this case or any case ever.  Second, I do not recall anyone asking for such an agreement in this case or any case ever.  Third, if there is no agreement on the record about this, then no agreement was reached.  It is standard for all agreements reached at a deposition to be placed on the record.

I miss you.  Lewis

In a message dated 3/31/2011 4:47:49 P.M. Eastern Daylight Time, wsgny@aol.com writes:

> Lewis,
>
> Luckey McDowell claims that you agreed that the deposition you took of David Gonzalez was predicated on an "attorney's eyes" only basis.
>
> I was present for the first half hour or so and do not recall any discussion about this subject.  Nor does the transcript show any.
>
> Chas gave a transcript to a journalist and it is now available on the web.  McDowell is seeking to have the journalist held in contempt.  There is a hearing on Tuesday, April 5th, in which I will participate by telephone.
>
> I would like to represent to the Court that based on my personal knowledge, the deposition of Gonzalez was not subject to any special conditions.
>
> Your thoughts, as always, are most appreciated.
>
> Rey


-----Original Message-----
From: Don Logan <logan_don@hotmail.com>
To: Ray Olsen <wsgny@aol.com>
Sent: Wed, Apr 27, 2011 10:30 am
Subject: RE: Perjury charges upon Mc Dowell

1  Don Logan
   P.O. Box 1564
2  Costa Mesa, California  92626
   Tel (949) 872 6806

3

   Interested Party, Don Logan *in propria persona*

4

5              **UNITED STATES BANKRUPTCY COURT**

6         **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

7

| | |
|---|---|
| In re<br><br>**COBALIS CORP.,**<br>Debtor-in-Possession. | Case No. 8:07:12347-TA<br>**Chapter 11** |
| COBALIS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YA GLOBAL INVESTMENTS, L.P., a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company,<br><br>Defendants. | Adversary No.  08:09-AP-01705-TA<br><br>**Deceleration of Mike Sorochman** |

22  I, Mike Sorochman,  of full age, duly sworn according to law, upon my oath hereby depose and

23  say:

24      1.      I am the owner of 20191 Cape Coral Unit 107 Huntington Beach CA

25      2.      The information provided herein this declaration is done so under penalty of

26  perjury. If called upon to testify in this matter I could do so competently

27      3.      In Early 2008, I entered into a oral rental agreement with Don Logan regarding

28

1

the use of 20191 Cape Coral, unit 107, HB CA. Mr Logan departed the condo in October of 2010.

4.    On March 11th, 2011 I received a call from the current resident of the unit, a Japanese female that was clearly in fear as, in her words "2 Thugs were at the door demanding a Mr. Logan" She refused entry to the unit and tried to inform the men that no Mr. Logan lived in the unit anymore.

5.    After she refused entry to the Thugs, she was on the phone with me and described how these men were going door to door and harassing the tenents near my unit.

6.    I have spoke to the people that these men harassed and each is now in fear of Mr. Logan, as a result of these men and the harassment that was delivered by them.

7.    Mr. Logan was always polite and courteous in the complex, and these thugs have clearly scared the people that Mr. Logan is relying upon in his legal case as witnesses. Many of them have expressed concern after the visit by the Thugs.

Mike Sorochman

5-3-11

Exhibit 5

2