**FILED MAY - 6 2011**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**FILED MAY - 6 2011**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**LODGED APR 27 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Don Logan
P.O. Box 1564
Costa Mesa, California 92626
Tel (949) 872 6806

Interested Party, Don Logan *in propria persona*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**COBALIS CORP.**,<br>Debtor-in-Possession. | Case No. 8:07:12347-TA<br>Chapter 11 |
| **COBALIS CORP.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**YA GLOBAL INVESTMENTS, L.P.**, a Delaware limited partnership, formerly known as CORNELL CAPITAL PARTNERS, LP; and YORKVILLE ADVISORS, LLC, a Delaware limited liability company,<br><br>Defendants. | Adversary No. 08:09-AP-01705-TA<br><br>~~Proposed~~ DENIED<br>**ORDER TO SHOW CAUSE**<br><br>Date:<br>Time:<br>Court Room:<br><br>OSC Hearing:<br>Time<br>Court Room:<br><br>Judge: Theodor Albert |

Having considered the arguments and evidence presented at the hearing held onJanuary 18, 2011 (the "Hearing") related to statements made on the website www.yagiscam.com(the "Website"), the Court hereby

1. ORDERS Charles L McDowell ("Mr. McDowell") to SHOW CAUSE why Mr. McDowell should not be held in contempt of court and enjoined from fabricating false statements regarding the above captioned case;

1

2. ORDERS Mr. McDowell to appear before this Court to testify regarding Mr. McDowell fabricated a series of lies in an effort to deceive and manipulate the court.

3. Pursuant to Local Bankruptcy Rule 9020-1, a show cause hearing will be held on _____ in Courtroom 5B located at 411 West Fourth Street, Santa Ana, California. Any responsive pleading to this show cause order must be filed and served on Mr. Logan not later than 14 days prior to the hearing.

Any reply by Mr. Logan shall be filed not later than 7 days prior to the hearing.

*Court Denies this motion. The court notes that Mr. Logan has filed a "Criminal Complaint" with the District Court, and this court defers to that avenue.*

Date:

MAY 6 2011

_____
United States Bankruptcy Judge

**THEODOR C ALBERT**

2

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **DENIED ORDER TO SHOW CAUSE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 27, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Phillip Ashman    mgolod@mcqueenashman.com, pashman@mcqueenashman.com;bkumamoto@mcqueenashman.com
- James C Bastian    jbastian@shbllp.com
- John Burt    john@inhouseattorneys.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- T Edward Malpass    temalpass@aol.com
- Gordon G May    hpc@ggb-law.com
- Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Keith C Owens    kowens@venable.com
- Carmela Pagay    ctan@rdwlawcorp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- John Saba    jsbklaw@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Victor A Vilaplana    vavilaplana@foley.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**