UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

FILED & ENTERED

MAY 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

| | |
|---|---|
| In re: <br><br> **COBALIS CORPORATION,** <br><br> Debtor. | Case No 8:07-bk-12347-TA <br><br> Chapter 11 |
| **Cobalis Corporation** <br><br> v. <br><br> **Cornell Capital Partners LP, Yorkville Advisors LLC, and YA Global Investments, L.P.** | Adv. No. 8:09-ap-01705-TA <br><br> **ORDER IMPOSING SANCTIONS ON GREGORY GRANTHAM AND COBALIS CORP., AND CONTINUING STATUS CONFERENCE** <br><br> Date:  April 21, 2011 <br> Time:  10:00 a.m. PDT <br> Ctrm:  5B <br>     411 West Fourth Street <br>     Santa Ana, CA <br><br> Judge:  HON. THEODOR C. ALBERT <br><br> Continued Status Conf:  May 26, 2011 <br> Time:  11:00 a.m. |

On April 21, 2011 the Court held a status conference regarding the complaint in this adversary proceeding. Pursuant to Local Bankruptcy Rule 7016-1(a)(3), YA Global Investments, L.P. ("YA Global") filed a unilateral status report on April 7, 2011. Cobalis Corp., ("Cobalis"), the plaintiff in this adversary action, failed to participate in the preparation of the status report as required by the Local Bankruptcy Rules. Neither Cobalis nor its counsel appeared in Court or by phone at the April 21, 2011 status conference. Having found that Cobalis and its counsel of record, Gregory Grantham, failed to comply with this Court's Local Rules and failed to appear to at the duly noticed status conference,

DAL02:583993.1

**IT IS HEREBY ORDERED**:

1. Gregory Grantham and Cobalis are jointly and severally sanctioned in the amount of $1,000.00, which sum shall be paid to the Clerk of the United States Bankruptcy Court for the Central District of California prior to May 26, 2011;

2. This status conference is **CONTINUED** to May 26, 2011, at 11:00 a.m. PDT; and

3. The Court retains jurisdiction to interpret and enforce this Order.

###

DATED: May 9, 2011

_____
United States Bankruptcy Judge

DAL02:583993.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2001 Ross Avenue, Dallas, TX 75204

A true and correct copy of the foregoing document described as **[Proposed] Order Imposing Sanctions on Gregory Grantham and Cobalis Corp., and Continuing Status Conference** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *April 25, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express
The Honorable Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building, Suite 5085
411 West Fourth Street
Santa Ana, CA 92701-4593

Via United States Mail
Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA 92606

Via United States Mail
Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *April 25, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

DAL02:583993.1

| | |
|---|---|
| 1 | <u>By Electronic mail</u> |

| | | |
|---|---|---|
| 2 | Robert P. Goe<br>rgoe@goeforlaw.com | Lee Squitieri<br>lee@sfclasslaw.com |
| 3 | | |
| 4 | Greg Granthm<br>granthamgreg@gmail.com | |
| 5 | Rey Olsen d/b/a Montenegrex<br>WSGNY@aol.com | Don Logan<br>logan_don@hotmail.com |
| 6 | | ☐ Service information continued |
| 7 | on attached page | |

8  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9 | 4/25/11 | Ryan A. Goins | /s/ *Ryan A. Goins* |
|---|---|---|---|
| 10 | *Date* | *Type Name* | *Signature* |

28  DAL02:583993.1

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Imposing Sanctions on Gregory Grantham and Cobalis Corp., and Continuing Status Conference** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***April 25, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert P Goe on behalf of Plaintiff Cobalis Corp.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

Luckey McDowell on behalf of Defendant Ya Global Investments, LP
luckey.mcdowell@bakerbotts.com

Keith C Owens on behalf of Defendant Cornell Capital Partners, LP
kowens@foley.com

John Saba on behalf of Plaintiff Cobalis Corp.
jsbklaw@gmail.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA 92606

Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr, Ste 600
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page